IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAVEN KINLEY-DAVIS,

    Plaintiff,

v.

NHS PHILADELPHIA, et al.,

    Defendants.

CIVIL ACTION
NO. 17-3340

## ORDER

**AND NOW,** this 29th day of May 2018, upon consideration of Defendants' Partial Motion to Dismiss the Complaint (Doc. No. 5), Plaintiff's Response in Opposition (Doc. No. 8), Defendants' Reply (Doc. No. 12) and the arguments of counsel at the hearing on the Motion held on December 3, 2017, it is **ORDERED** that the Motion (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) Defendants' Partial Motion to Dismiss is **GRANTED IN PART** on Plaintiff's claims in Counts VI and VII against Paul Sachs in his individual capacity. Accordingly, Plaintiff's claims against Paul Sachs are **DISMISSED**.

2) Defendants' Partial Motion to Dismiss is **DENIED IN PART** on Plaintiff's remaining claims.

3) The Clerk of Court shall place this case in **SUSPENSE** pending a decision by the Pennsylvania Human Relations Commission on Plaintiff's charge of discrimination. Plaintiff's counsel shall notify the Court when such a decision is made.

                              BY THE COURT:

                              /s/ Joel H. Slomsky, J.
                              JOEL H. SLOMSKY, J.